| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br>In re:<br><br>DOROTHY R. PALMER,<br><br>                         Debtor.<br>------------------------------------------------------------x<br>DOROTHY R. PALMER,<br><br>                         Appellant,<br><br>        - against –<br><br>SELENE FINANCE LP, et al.,<br><br>                         Appellees.<br>------------------------------------------------------------x | Chapter 7<br>Case No.: 12-12211 (SMB)<br><br><br><br><br><br><br><br>Case No.: 16 Civ. 6491 (PGG)<br><br>Case No.: 16 Civ. 9871 (PGG) |

## ORDER DISMISSING APPEALS

Upon the letter of the Office of the United States Trustee for the Southern District of New York (the "**Trustee**"), dated June 2, 2020 (the "**UST Letter**"), requesting the entry of orders dismissing and closing: (a) an appeal filed by Dorothy R. Palmer (the "**Debtor**" or "**Appellant**"), under Case No. 16-CV-6491 (PGG), of an order converting the Debtor's former chapter 11 case to one under chapter 7 (the "**Conversion Order Appeal**"); and (b) an appeal filed by the Debtor, under Case No. 16-CV-9871 (PGG), of an order confirming the sale of the Debtor's apartment by Kenneth P. Silverman, Esq., the chapter 7 trustee of the Appellant's bankruptcy case (the "**Sale Confirmation Order Appeal**", and collectively with the Conversion Order Appeal, the "**Appeals**"); upon this Court's Memo Endorsement [ECF Doc. No. 60] "So Ordering" the UST Letter and directing that the Trustee file an order dismissing the Appeals; and after due deliberation and sufficient cause having been shown, it is hereby

JSK/2099684.1/066235

**ORDERED**, that the Appeals are dismissed, with prejudice, and shall be closed.

Dated: New York, New York
June 16, 2020

*Paul s. Gardephe*
―――――――――――――――――
Honorable Judge Paul G. Gardephe
United States District Court Judge